IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01013-WYD-KMT

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Insurance Company,

    Plaintiff,

v.

JOHN P. AKOLT, III, Personal Representative of the Estate of John M. Kobayashi;
CHERYL KOBAYASHI, an individual;
HARTOM CORPORATION, a Colorado corporation;
HARTOM CORPORATION DEFINED BENEFIT PENSION PLAN, the named beneficiary; and
UNKNOWN SUCCESSOR TRUSTEE, trustee fo the Hartom Corporation Defined Benefit Pension Plan who true name is unknown,

    Defendants.

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Deposit Funds, Enjoin Defendants, Discharge Liability, and Award Attorneys' Fees and Costs, and having been fully advised in the premises, the Court finds that the interest of a just, efficient, and prompt resolution to this interpleader action justifies the granting of the motion. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion to Deposit Funds, Enjoin Defendants, Discharge Liability, and Award Attorneys' Fees and Costs filed August 30, 2011 (ECF No. 19) is **GRANTED**. In accordance therewith, it is

ORDERED that Plaintiff John Hancock Life Insurance Company (U.S.A.) [hereinafter "John Hancock"] is awarded $27,783.08 in attorneys' fees and costs, and is directed to withhold this amount from the proceeds due and payable under the Policy prior to depositing the funds with the Clerk of the Court.  It is

FURTHER ORDERED that John Hancock is directed to deliver to the Clerk of the Court the proceeds payable under the Policy, in the amount of $1,281,225.14 plus interest accrued at the annual compound interest rate of 3.5 percent since January 30, 2009, less John Hancock's attorneys' fees and costs referenced in the previous paragraph.  It is

FURTHER ORDERED that the Clerk of the Court is directed to accept such funds for deposit into the Registry of the Court.  It is

FURTHER ORDERED that the Clerk of the Court is directed to deposit the funds into an interest-bearing account, to be held by the Court pending an Order from the Court directing the disbursal of the funds.  It is

FURTHER ORDERED that each of the Defendants, their agents, attorneys, and representatives is hereby enjoined and restrained from instituting or prosecuting further any proceeding in any state or United States court against John Hancock on account of the proceeds due under the Policy and any such actions that may have been filed are hereby stayed.  Finally, it is

ORDERED that John Hancock is hereby fully and finally discharged from all further liability on any claim, now or hereafter made in connection with the Policy, by

reason of its payment of the due and owing proceeds of the Policy into the Registry of the Court.

Dated: September 28, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE